**Motion Granted and Order filed August 13, 2019**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00488-CV

_____

### GENSETIX, INC., Appellant

### V.

### BAYLOR COLLEGE OF MEDICINE, DIAKONOS RESEARCH, LTD., AND WILLIAM K. DECKER, Appellees

**On Appeal from the 129th District Court
Harris County, Texas
Trial Court Cause No. 2019-02003**

## ORDER

The parties' agreed motion to set a briefing schedule is GRANTED. Appellant's initial brief is due on or before September 27, 2019. Appellees' brief is due on or before November 26, 2019. Appellant's reply brief is due on or before December 20, 2019.

PER CURIAM